Jose Martinez, Jr. (CA Bar No. 208420)
jmartinez@joneswalker.com
JONES, WALKER LLP
5900 Wilshire Blvd., 26th Floor
Los Angeles, CA  90036
Telephone:  (323) 303-3500
Facsimile:   (212) 566-4542

*Counsel admitted pro hac vice:*
Kristina M. Johnson (MS Bar No. 9382)
kjohnson@joneswalker.com
Keith R. Raulston (MS Bar No. 4641)
kraulston@joneswalker.com
Christopher R. Shaw (MS Bar No. 100393)
cshaw@joneswalker.com
JONES WALKER LLP
190 E. Capitol St., Suite 800 [39201]
Post Office Box 427
Jackson, MS  39205-0427
Telephone:  (601) 949-4900
Facsimile:   (601) 949-4804

*Attorneys for Defendants VFG, LLC (f/k/a Voyager Financial Group, LLC),
Andrew Gamber, Brandon Kogut, Brittney McClinton, Jonathan Sheets, and Mackenzie Young*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE VICARI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>VOYAGER FINANCIAL GROUP, LLC; VFG, LLC; BRANDON KOGUT; GLENN HOPKINS; BRITTNEY MCCLINTON, JONATHAN SHEETS; MACKENZIE YOUNG<br><br>Defendants | CASE NO. CV13-00671-ABC (RZx)<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>**(Local Rule 7.1-1)** |

{JX044410.1}                                  1

The undersigned counsel of record for defendants VFG, LLC (f/k/a Voyager Financial Group), Andrew Gamber, Brandon Kogut, Brittney McClinton, Jonathan Sheets, and Mackenzie Young, certifies that the following listed parties may have a direct pecuniary interest in the outcome of this case.  These representations are made to enable the court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION |
|---|---|
| VFG, LLC (f/n/a Voyager Financial Group, LLC) | Defendant |
| G.D. ("Andrew") Gamber, | Defendant |
| Brandon Kogut | Defendant |
| Brittney McClinton | Defendant |
| Jonathan Sheets | Defendant |
| Mackenzie Young | Defendant |
| First Reliant Group, LLC | affiliated company |

Respectfully submitted,

VFG, LLC (f/k/a Voyager Financial Group, LLC), Andrew Gamber, Brandon Kogut, Brittney McClinton, Jonathan Sheets, and Mackenzie Young

By Their Attorneys,
Jones Walker LLP


*/s/ Jose Martinez, Jr.*
Jose Martinez, Jr

*/s/ Christopher R. Shaw*
Christopher R. Shaw (MS Bar No. 100393)


Attorneys of Record for:  VFG, LLC, (f/k/a Voyager Financial Group), Andrew Gamber, Brandon Kogut, Brittney McClinton, Jonathan Sheets, and Mackenzie Young

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing using the Court's ECF system, which sent electronic notification of such filing to:

Don Howarth
Suzelle M. Smith
Jessica L. Rankin
Howarth & Smith
523 West Sixth Street, Suite 728
Los Angeles, CA  90014

David T. Kupfer
Law Offices of David T. Kupfer
24586 Hawthorne Boulevard, Suite 110
Torrance, CA 90505

Stephen Michael Garcia
David Michael Medby
Garcia, Artigliere and Schadrack
One World Trade Center, Suite 1950
Long Beach, CA 90831

This, the 19th day of April, 2013.

/s/ Jose Martinez, Jr.
Jose Martinez, Jr.

/s/ Christopher R. Shaw
Christopher R. Shaw

{JX044410.1}                                                3