UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Case No. | CV 13-00671 ABC (RZx) | Date | April 22, 2013 |
|---|---|---|---|
| Title | Lawrence Vicari v. Voyager Financial Group, LLC, et al. | | |

| Present: The Honorable | Audrey B. Collins | | |
|---|---|---|---|
| Angela Bridges | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     ORDER STRIKING MOTIONS TO DISMISS (In Chambers)

On April 18, 2013, Defendant VFG, LLC (formerly known as Voyager Financial Group, LLC) filed a Motion to Dismiss. (Docket No. 30.) On the same day, Defendants Andrew Gamber, Brandon Kogut, Brittney McClinton, Jonathan Sheets, and Mackenzie Young filed their Motion to Dismiss. (Docket No. 32.) It does not appear that Defendants complied with Local Rule 7-3, which states:

> [C]ounsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, *preferably in person*, the substance of the contemplated motion and any potential resolution. If the proposed motion is one which under the F.R.Civ.P. must be filed within a specified period of time (*e.g.*, a motion to dismiss pursuant to F.R.Civ.P. 12(b), or a new trial motion pursuant to F.R.Civ.P. 59(a)), then this conference shall take place at least five (5) days prior to the last day for filing the motion; otherwise, the conference shall take place at least ten (10) days prior to the filing of the motion. If the parties are unable to reach a resolution which eliminates the necessity for a hearing, counsel for the moving party shall include in the notice of motion a statement to the following effect: "This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on (date)."

Parties must adhere to Local Rule 7-3. Because it does not appear that Defendants adhered to this rule, the motions are hereby **STRICKEN**. Defendants may re-file the motions, if necessary, upon complying with Local Rule 7-3 by discussing the substance of the motions with opposing counsel and stating so in the notice of motion.

**IT IS SO ORDERED.**

                                                                                                      :  
                                                                  Initials of Preparer    AB