Jose Martinez, Jr. (CA Bar No. 208420)
jmartinez@joneswalker.com
JONES WALKER LLP
5900 Wilshire Blvd., 26th Floor
Los Angeles, CA  90036
Telephone:  (323) 303-3500
Facsimile:   (212) 566-4542

*Counsel admitted pro hac vice:*
Christopher R. Shaw (MS Bar No. 100393)
cshaw@joneswalker.com
Keith R. Raulston (MS Bar No. 4641)
kraulston@joneswalker.com
Kristina M. Johnson (MS Bar No. 9382)
kjohnson@joneswalker.com
JONES WALKER LLP
190 E. Capitol St., Suite 800 [39201]
Post Office Box 427
Jackson, MS  39205-0427
Telephone:  (601) 949-4900
Facsimile:   (601) 949-4804

*Attorneys for Defendants VFG, LLC (f/k/a Voyager Financial Group, LLC), Andrew Gamber, Brandon Kogut, Brittney McClinton, Jonathan Sheets and Mackenzie Young*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE VICARI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>VOYAGER FINANCIAL GROUP, LLC; VFG, LLC; ANDREW GAMBER; BRANDON KOGUT; BRITTNEY MCCLINTON, JONATHAN SHEETS; MACKENZIE YOUNG<br><br>Defendants | CASE NO. CV13-00671-ABC (RZx)<br><br>**VFG, LLC'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) and 9(b)**<br><br>**Date:  June 3, 2013**<br><br>**Time:  10:00 a.m.**<br><br>**Courtroom No.:  680**<br><br>**Judge:  Audrey B. Collins** |

For the reasons stated in its separate memorandum brief supporting this motion, Defendant VFG, LLC (f/k/a Voyager Financial Group, LLC)[1] hereby moves to dismiss the plaintiffs' First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b). This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on March 15, 2013. Counsel have met and conferred on this motion and were unable to reach a resolution of this motion.

This, the 22nd day of April, 2013.

>Respectfully submitted,
>
>VFG, LLC (f/k/a Voyager Financial Group, LLC)
>
>By Its Attorneys,
>JONES WALKER LLP
>
>By: */s/ Jose Martinez, Jr.*
>    Jose Martinez, Jr.
>
>By: */s/ Christopher R. Shaw*
>    Christopher R. Shaw

---

[1] Voyager Financial Group, LLC ("Voyager"), named as a defendant in the First Amended Complaint, is the former registered name for VFG, LLC ("VFG"). Voyager was formed on May 24, 2010, but on July 29, 2011, Voyager changed its name to VFG. Voyager and VFG are not separate legal entities.

{JX047791.1}                    2

# **CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed the foregoing using the Court's ECF system, which sent electronic notification of such filing to:

Don Howarth
Suzelle M. Smith
Jessica L. Rankin
HOWARTH & SMITH
523 West Sixth Street, Suite 728
Los Angeles, CA  90014

David T. Kupfer
LAW OFFICES OF DAVID T. KUPFER
24586 Hawthorne Boulevard, Suite 110
Torrance, CA 90505

Stephen Michael Garcia
David Michael Medby
GARCIA, ARTIGLIERE AND SCHADRACK
One World Trade Center, Suite 1950
Long Beach, CA 90831

This, the 22nd day of April, 2013.

                                   */s/ Jose Martinez, Jr.*
                                    Jose Martinez, Jr.

                                   */s/ Christopher R. Shaw*
                                    Christopher R. Shaw