| | |
|---|---|
| 1 | Jose Martinez, Jr. (CA Bar No. 208420) |
| 2 | jmartinez@joneswalker.com |
|   | JONES WALKER LLP |
| 3 | 5900 Wilshire Blvd., 26th Floor |
|   | Los Angeles, CA  90036 |
| 4 | Telephone:  (323) 303-3500 |
| 5 | Facsimile:   (212) 566-4542 |
| 6 | *Counsel admitted pro hac vice:* |
|   | Christopher R. Shaw (MS Bar No. 100393) |
| 7 | cshaw@joneswalker.com |
| 8 | Keith R. Raulston (MS Bar No. 4641) |
|   | kraulston@joneswalker.com |
| 9 | Kristina M. Johnson (MS Bar No. 9382) |
|   | kjohnson@joneswalker.com |
| 10 | JONES WALKER LLP |
| 11 | 190 E. Capitol St., Suite 800 [39201] |
|    | Post Office Box 427 |
| 12 | Jackson, MS  39205-0427 |
|    | Telephone:  (601) 949-4900 |
| 13 | Facsimile:   (601) 949-4804 |

*Attorneys for Defendants VFG, LLC (f/k/a Voyager Financial Group, LLC), Andrew Gamber, Brandon Kogut, Brittney McClinton, Jonathan Sheets and Mackenzie Young*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE VICARI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>VOYAGER FINANCIAL GROUP, LLC; VFG, LLC; ANDREW GAMBER; BRANDON KOGUT; BRITTNEY MCCLINTON, JONATHAN SHEETS; MACKENZIE YOUNG<br><br>Defendants | CASE NO. CV13-00671-ABC (RZx)<br><br>**INDIVIDUAL DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) and ALTERNATIVELY RULE 12(b)(6)**<br><br>Date:  June 3, 2013<br><br>Time:  10:00 a.m.<br><br>Courtroom No.:  680<br><br>Judge:  Audrey B. Collins |

For the reasons stated in their separate memorandum brief supporting this motion, Defendants Andrew Gamber, Brandon Kogut, Brittney McClinton, Jonathan Sheets, and Mackenzie Young hereby move to dismiss the plaintiffs' First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2).  Alternatively, these defendants move to dismiss the plaintiff's First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for the plaintiff's failure to state a claim upon which relief may be granted.  In support of their 12(b)(2) motion, these defendants attach as Exhibit "A," "B," "C," "D" and "E" their respective declarations.  This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on March 15, 2013.  Counsel have met and conferred on this motion and were unable to reach a resolution of this motion.

This, the 22nd day of April, 2013.

    Respectfully submitted,

    Andrew Gamber, Brandon Kogut, Brittney McClinton, Jonathan Sheets, and Mackenzie Young

    By Their Attorneys,
    JONES WALKER LLP

    By: */s/ Jose Martinez, Jr.*
        Jose Martinez, Jr.

    By: */s/ Christopher R. Shaw*
        Christopher R. Shaw

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing using the Court's ECF system, which sent electronic notification of such filing to:

    Don Howarth
    Suzelle M. Smith
    Jessica L. Rankin
    HOWARTH & SMITH
    523 West Sixth Street, Suite 728
    Los Angeles, CA  90014

    David T. Kupfer
    LAW OFFICES OF DAVID T. KUPFER
    24586 Hawthorne Boulevard, Suite 110
    Torrance, CA 90505

    Stephen Michael Garcia
    David Michael Medby
    GARCIA, ARTIGLIERE AND SCHADRACK
    One World Trade Center, Suite 1950
    Long Beach, CA 90831

This, the 22nd day of April, 2013.

                      */s/ Jose Martinez, Jr.*
                      Jose Martinez, Jr.

                      */s/ Christopher R. Shaw*
                      Christopher R. Shaw