# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-671 ABC (RZx) | Date | April 25, 2013 |
|---|---|---|---|
| Title | Lawrence Vicari v. Voyager Financial Group, LLC, et al. | | |

| Present: The Honorable | Audrey B. Collins, United States District Judge |
|---|---|

| Angela Bridges | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** ORDER GRANTING Plaintiff's Unopposed Motion for Appointment as Lead Plaintiff and to Approve Lead Plaintiff's Choice of Counsel (In Chambers)

    Pending before the Court is Plaintiff's Motion for Appointment as Lead Plaintiff and to Approve Lead Plaintiff's Choice of Counsel, filed on April 12, 2013. (Docket No. 26.) Although the motion states that counsel "met and conferred on this motion and were unable to reach a resolution" (Mot. at 1), Defendants failed to timely oppose this motion. Local Rule 7-9. No putative class members have opposed the motion.

    Having reviewed the merits, the Court **GRANTS** Plaintiff's motion and appoints Lawrence Vicari as Lead Plaintiff and approves the law firms of Howarth & Smith, Garcia, Artigliere & Schadrack and The Law Offices of David T. Kupfer as Co-Lead Counsel for the Class.

    **IT IS SO ORDERED.**

 

:

Initials of Preparer   AB