UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-671 ABC (RZx) | Date | May 10, 2013 |
|---|---|---|---|
| Title | Vicari v. Voyager Financial Group, LLC et al. | | |

| Present: The Honorable | Audrey B. Collins | | |
|---|---|---|---|
| Angela Bridges | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**       ORDER RE: MOTIONS TO DISMISS (In Chambers)

On April 22, 2013, Defendant VFG, LLC (f/k/a Voyager Financial Group, LLC) filed its Motion to Dismiss First Amended Class Action Complaint ("FAC").  (Docket No. 38.)  That same day, Defendants Andrew Gamber, Brandon Kogut, Brittney McClinton, Jonathan Sheets, and Mackenzie Young also filed their Motion to Dismiss FAC.  (Docket No. 40.)  Both motions are set for hearing on June 3, 2013, at 10:00 a.m.

Pursuant to the parties' stipulation and the Court's March 21, 2013 Order, Defendants agreed not to oppose Plaintiff's attempt to file a Second Amended Complaint ("SAC") within 21 days of Defendants' responsive pleading to the FAC on the grounds that Plaintiff has already filed a FAC.  (Docket Nos. 22, 23.)  On May 8, 2013, Plaintiff Lawrence Vicari filed a SAC.  (Docket No. 44.)  The Court finds that Plaintiff's filing of the SAC renders the Motions to Dismiss **MOOT**.  The Court therefore **VACATES** the June 3, 2013, hearing date.

**IT IS SO ORDERED.**

                                                                                                              :
                                                        Initials of Preparer            AB