Jose Martinez, Jr. (CA Bar No. 208420)
jmartinez@joneswalker.com
JONES WALKER LLP
5900 Wilshire Blvd., 26th Floor
Los Angeles, CA  90036
Telephone:  (323) 303-3500
Facsimile:   (212) 566-4542

*Counsel admitted pro hac vice:*
Christopher R. Shaw (MS Bar No. 100393)
cshaw@joneswalker.com
Keith R. Raulston (MS Bar No. 4641)
kraulston@joneswalker.com
Kristina M. Johnson (MS Bar No. 9382)
kjohnson@joneswalker.com
JONES WALKER LLP
190 E. Capitol St., Suite 800 [39201]
Post Office Box 427
Jackson, MS  39205-0427
Telephone:  (601) 949-4900
Facsimile:   (601) 949-4804

*Attorneys for Defendants VFG, LLC (f/k/a Voyager Financial Group, LLC), Andrew Gamber, Brandon Kogut, Brittney McClinton, Jonathan Sheets and Mackenzie Young*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE VICARI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>VOYAGER FINANCIAL GROUP, LLC; VFG, LLC; ANDREW GAMBER; BRANDON KOGUT; BRITTNEY MCCLINTON, JONATHAN SHEETS; MACKENZIE YOUNG<br><br>Defendants | CASE NO. CV13-00671-ABC (RZx)<br><br>**VFG, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>**Date:  August 26, 2013**<br><br>**Time:  10:00 a.m.**<br><br>**Courtroom No.:  680**<br><br>**Judge:  Audrey B. Collins** |

PLEASE TAKE NOTICE that on August 26, 2013 at 10 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Audrey B. Collins, defendant VFG, LLC (f/k/a Voyager Financial Group, LLC)[1] shall and does move the Court for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the plaintiff's Second Amended Complaint. This motion is made on the grounds that the plaintiff has failed to state a claim for securities fraud under § 10(b) of the Securities Exchange Act of 1934 because:

(1) the plaintiff has failed to plead any actionable misrepresentation;

(2) the plaintiff cannot have justifiably relied upon any alleged misrepresentation; and

(3) the plaintiff has not sufficiently pled economic loss or loss causation.

This Notice of Motion and Motion are based on the concurrently filed Memorandum of Points and Authorities, any argument of counsel the Court shall wish to entertain, and all matters of which the Court shall take judicial notice.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on June 5, 2013. Counsel telephonically conferred on this motion and were unable to reach a resolution of this motion.

This, the 10th day of June, 2013.

    Respectfully submitted,

    VFG, LLC (f/k/a Voyager Financial Group, LLC)
    By Its Attorneys,
    JONES WALKER LLP

    By: */s/ Jose Martinez, Jr.*
        Jose Martinez, Jr.

    By: */s/ Christopher R. Shaw*
        Christopher R. Shaw

---

[1] Voyager Financial Group, LLC ("Voyager"), named as a defendant in the Second Amended Complaint, is the former registered name for VFG, LLC ("VFG"). Voyager was formed on May 24, 2010, but on July 29, 2011, Voyager changed its name to VFG. Voyager and VFG are not separate legal entities.

# **CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed the foregoing using the Court's ECF system, which sent electronic notification of such filing to:

>Don Howarth
>Suzelle M. Smith
>Jessica L. Rankin
>HOWARTH & SMITH
>523 West Sixth Street, Suite 728
>Los Angeles, CA  90014
>
>David T. Kupfer
>LAW OFFICES OF DAVID T. KUPFER
>24586 Hawthorne Boulevard, Suite 110
>Torrance, CA 90505
>
>Stephen Michael Garcia
>David Michael Medby
>GARCIA, ARTIGLIERE AND SCHADRACK
>One World Trade Center, Suite 1950
>Long Beach, CA 90831

This, the 10th day of May, 2013

                                        */s/ Jose Martinez, Jr.*
                                        Jose Martinez, Jr.

                                        */s/ Christopher R. Shaw*
                                        Christopher R. Shaw