Jose Martinez, Jr. (CA Bar No. 208420)
JONES WALKER LLP
5900 Wilshire Blvd., 26th Floor
Los Angeles, CA 90036
(323) 303-3500
(212) 566-4542 fax
jmartinez@joneswalker.com

*Counsel admitted pro hac vice:*
Kristina M. Johnson (MS Bar No. 9382)
Keith R. Raulston (MS Bar No. 4641)
Christopher R. Shaw (MS Bar No. 100393)
JONES WALKER LLP
190 E. Capitol St., Suite 800 [39201]
P.O. Box 427
Jackson, MS  39205-0427
(601) 949-4900
(601) 949-4804 fax
kjohnson@joneswalker.com
kraulston@joneswalker.com
cshaw@joneswalker.com

*Attorneys for Defendants VFG, LLC (f/k/a Voyager Financial Group, LLC),*
*Andrew Gamber, Brandon Kogut, Brittney McClinton, Jonathan Sheets and Mackenzie Young*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE VICARI, et al., <br><br> Plaintiffs, <br><br> VS. <br><br> VOYAGER FINANCIAL GROUP, LLC; et al., <br><br> Defendants. | CASE NO. 2:13-CV-00671-ABC-RZ <br><br> STIPULATION CONTINUING SCHEDULING CONFERENCE AND SUSPENDING DISCLOSURE AND PRE-SCHEDULING CONFERENCE REQUIREMENTS PENDING RESOLUTION OF DEFENDANTS' MOTIONS TO DISMISS |

/ / /

/ / /

{JX054531.1}                                       1

Lead Plaintiff Lawrence Vicari and Defendants, VFG, LLC (f/k/a Voyager Financial Group, LLC), Andrew Gamber, Brandon Kogut, Brittney McClinton, Jonathan Sheets and Mackenzie Young stipulate to the following:

1. On April 30, 2013, this Court entered an Order setting this matter for a Scheduling Conference on July 1, 2013 and reminding the parties of their obligations regarding early disclosure under Fed. R. Civ. P. 26 and submission of a Joint Rule 26(f) Report prior to the Scheduling Conference. [Dkt. 43]

2. However, on May 8, 2013, the Lead Plaintiff filed a Second Amended Complaint. [Dkt. 44] Defendant VFG, LLC filed a Motion to Dismiss the Lead Plaintiff's Second Amended Complaint on June 10, 2013 [Dkt 47] and defendants Andrew Gamber, Brandon Kogut, Brittney McClinton, Jonathan Sheets, and Mackenzie Young filed a separate Motion to Dismiss, also on June 10, 2013. [Dkt 49]

3. The plaintiff and all defendants agree that the July 1, 2013 Scheduling Conference should be continued pending resolution of the defendants' motions to dismiss, and that the Fed. R. Civ. P. 26(f) and Local Rule 26-1 requirements should be suspended until the Court sets the new Scheduling Conference Date. The parties respectfully request that the Court set a new Scheduling Conference date on August 26, 2013, the date set for the hearing on the Motions to Dismiss.

This, the 10th day of June, 2013.

Respectfully submitted,

VFG, LLC (f/k/a Voyager Financial Group, LLC), ANDREW GAMBER, BRANDON KOGUT, BRITTNEY MCCLINTON, JONATHAN SHEETS and MACKENZIE YOUNG

By Their Attorneys,
JONES WALKER LLP

By: /s/ Christopher R. Shaw
       Christopher R. Shaw

I hereby attest that Suzelle Smith, on behalf of the plaintiff, concurs with the content of this filing and authorizes me to file same on her behalf for the plaintiff.

By: /s/ Suzelle Smith
       Suzelle Smith

{JX054531.1}                                             3