Jose Martinez, Jr. (CA Bar No. 208420)
jmartinez@joneswalker.com
JONES WALKER LLP
5900 Wilshire Blvd., 26th Floor
Los Angeles, CA  90036
Telephone:  (323) 303-3500
Facsimile:   (212) 566-4542

*Counsel admitted pro hac vice:*
Christopher R. Shaw (MS Bar No. 100393)
cshaw@joneswalker.com
Keith R. Raulston (MS Bar No. 4641)
kraulston@joneswalker.com
Kristina M. Johnson (MS Bar No. 9382)
kjohnson@joneswalker.com
JONES WALKER LLP
190 E. Capitol St., Suite 800 [39201]
Post Office Box 427
Jackson, MS  39205-0427
Telephone:  (601) 949-4900
Facsimile:   (601) 949-4804

*Attorneys for Defendants VFG, LLC (f/k/a Voyager Financial Group, LLC),*
*Andrew Gamber, Brandon Kogut, Brittney McClinton, Jonathan Sheets and Mackenzie Young*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE VICARI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>VOYAGER FINANCIAL GROUP, LLC; VFG, LLC; ANDREW GAMBER; BRANDON KOGUT; BRITTNEY MCCLINTON, JONATHAN SHEETS; MACKENZIE YOUNG<br><br>Defendants | CASE NO. CV13-00671-ABC (RZx)<br><br>**JONES WALKER LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW**<br><br>Date:  October 28, 2013<br><br>Time:  10:00 a.m.<br><br>Courtroom No.:  680<br><br>Judge:  Audrey B. Collins |

{JX071466.1}                                      1

PLEASE TAKE NOTICE that on October 28, 2013 at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Audrey B. Collins, undersigned counsel and the law firm of Jones Walker LLP, attorneys of record for defendants VFG, LLC (f/k/a Voyager Financial Group, LLC),[1] Andrew Gamber, Brandon Kogut, Brittney McClinton, Jonathan Sheets, and Mackenzie Young, shall and do move for leave of Court to withdraw as counsel for these defendants.  This Motion is made pursuant to California Rule of Professional Conduct 3-700 and Local Rule 83-2.3.2.  By copy of this Motion, the undersigned certifies that their clients and all counsel of record have been given and are being given notice of undersigned counsel's intent to withdraw as counsel for defendants in this cause of action.  In support of this Motion, the undersigned states:

1. Undersigned counsel moves the Court for leave to withdraw from representing the defendants in this action.

2. Pursuant to California Rule of Professional Conduct 3-700(C)(1)(f), the defendants have breached an agreement or obligation to undersigned counsel as to expenses and/or fees.

3. Because of this breach, it will create a hardship for Jones Walker LLP to remain as counsel of record for the defendants, particularly because undersigned counsel's residence is in Mississippi and the instant case is pending in California.

4. Undersigned counsel prefers to share any additional details of the breach with the Court and counsel opposite *in camera* so as to avoid public disclosure of personal financial issues of the defendants.

---

[1] Voyager Financial Group, LLC ("Voyager"), named as a defendant in the Second Amended Complaint, is the former registered name for VFG, LLC ("VFG").  Voyager was formed on May 24, 2010, but on July 29, 2011, Voyager changed its name to VFG.  Voyager and VFG are not separate legal entities.

{JX071466.1}                                2

5. Filed in support of this Motion as Exhibits A through E are the Declarations of all defendants: Andrew Gamber, individually and on behalf of VFG, LLC, Jonathan Sheets, Brandon Kogut, Brittney McClinton, and Mackenzie Young.

This, the 17th day of September, 2013.

Respectfully submitted,

JONES WALKER LLP

By: */s/ Jose Martinez, Jr.*
    Jose Martinez, Jr.

By: */s/ Christopher R. Shaw*
    Christopher R. Shaw

**CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed the foregoing using the Court's ECF system, which sent electronic notification of such filing to:

> Don Howarth
> Suzelle M. Smith
> Jessica L. Rankin
> HOWARTH & SMITH
> 523 West Sixth Street, Suite 728
> Los Angeles, CA  90014
>
> David T. Kupfer
> LAW OFFICES OF DAVID T. KUPFER
> 24586 Hawthorne Boulevard, Suite 110
> Torrance, CA 90505
>
> Stephen Michael Garcia
> David Michael Medby
> GARCIA, ARTIGLIERE AND SCHADRACK
> One World Trade Center, Suite 1950
> Long Beach, CA 90831

This, the 17th day of September, 2013

        */s/ Jose Martinez, Jr.*
        Jose Martinez, Jr.

        */s/ Christopher R. Shaw*
        Christopher R. Shaw